# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| LOUIS JONES ENTERPRISES, INC., ) | Bankruptcy No. 10 B 11375 |
| Debtor, ) | |
| _____ ) | |
| LOUIS JONES ENTERPRISES, INC., ) | |
| Plaintiff ) | Adversary No. 10 A 01061 |
| v. ) | |
| UNITED STATES OF AMERICA and ) | |
| AMERICAN CHARTERED BANK, ) | |
| Defendant ) | |

## SCHEDULING ORDER ON FINAL ARGUMENT
(Debtor's Motion for Use of Cash Collateral
Consolidated with Trial on Adversary Proceeding)

Following completion of consolidated trial on Debtor's Motion for Cash Collateral and trial on Adversary proceeding, IT IS HEREBY ORDERED that the parties will each provide written final argument in the form of Proposed Findings of Fact and Conclusions of Law on the following schedule:

- Plaintiff/Debtor on or before July 15, 2010
- Government on or before July 22, 2010
- American on or before August 5, 2010
- Any Reply by Government on or before August 12, 2010
- Any Reply by Plaintiff/Debtor on or before August 19, 2010

Set for status and copies of such filings August 24, 2010 at 11:00 a.m. in courtroom 682.

In the initial filing of each party, that party will append a Proposed Judgment Order.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Dated and entered this 14th day of June 2010.